JS6

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FAN YANG,<br><br>                Plaintiff,<br><br>                v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of the Department of<br>Homeland Security, *et al*.,<br><br>                Defendants. | No. 5:23-cv-00309-RGK-KK<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** [10]<br><br>Honorable R. Gary Klausner<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until February 23, 2024. The Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court to place this action back on active status upon the termination of the stay.

Dated: 4/12/2023

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE